IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

HORATIO DEVAL WILLIAMS

_____

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

OFC. BRITTANY HARVILL

_____

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:17-cv-01939-MBS-MGB
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
*(check one)*

RECEIVED
USDC CLERK, CHARLESTON, SC
2017 JUL 21  AM 9:07

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  TORATIO DEVAL WILLIAMS
Street Address  35 WALNUT ST
City and County  CHARLESTON
State and Zip Code  SOUTH CAROLINA 29403
Telephone Number  (843) 256-3241

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name  BRITTANY HARVILL
Job or Title (if known)  CHARLESTON POLICE OFFICER
Street Address  180 LOCKWOOD DR
City and County  CHARLESTON
State and Zip Code  S.C. 29403
Telephone Number  (843) 557-7434

Defendant No. 2

Name  _____
Job or Title (if known)  _____
Street Address  _____
City and County  _____
State and Zip Code  _____
Telephone Number  _____

Defendant No. 3

Name  _____

|  | |
|---|---|
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

Defendant No. 4

|  | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

CIVIL RIGHTS VIOLATION
RACIAL BIAS AT EXTREME
PREJUDICE

3

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* TORATIO WILLIAMS, is a citizen of the State of *(name)* SOUTH CAROLINA.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* BRITTANY HARVILL, is a citizen of the State of *(name)* SOUTH CAROLINA. *Or* is a citizen of *(foreign nation)* _____.

b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

DUE TO EXTREME PREJUDICE / MEMBER OF HATE GROUP (i.e KU KLU KLAN SUPPORTER

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

FEAR FOR LIFE, DUE TO PAST POLICE SHOOTING OF UNARMED BLACKS, PRIOR INVESTIGATION THRU NOVAK FOR POLICES RACIAL PROFILING / BIAS, MOTHER A.M.E CHURCH KILLING AND DYLAN ROOF SUPPORTERS ON CHARLESTON POLICE FORCE

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

FIRING OF OFFICER, HARASSMENT FROM POLICE OFFICERS FEAR FOR MY LIFE IN CHARLESTON FROM POLICE, OFFICERS $250,000 IN DAMAGES I CLAM ENTITLED TO

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/21 , 2017

Signature of Plaintiff

Printed Name of Plaintiff    TORATIO DEVAL WILLIAMS

### B.    For Attorneys

Date of signing: _____ , 20__.

Signature of Attorney

Printed Name of Attorney    N/A

Bar Number

Name of Law Firm

Address

Telephone Number

E-mail Address

6